**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 01-6737

———————————

ROBERTO CHAVEZ,

Plaintiff - Appellant,

versus

JOHN R. ALDERMAN, Virginia Parole Board Chair-
person; LINDA R. PITMAN, Vice-Chairperson,
Virginia Parole Board,

Defendants - Appellees,

and

CHARLES E. JAMES, SR., Board Member, Virginia
Parole Board; KENT A.P. SMITH, Board Member,
Virginia Parole Board; G. WAYNE PIKE, Board
Member, Virginia Parole Board,

Defendants.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (CA-99-1550-AM)

———————————

Submitted: November 8, 2001        Decided: November 15, 2001

———————————

Before WILKINS, MICHAEL, and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Roberto Chavez, Appellant Pro Se. Richard Carson Vorhis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roberto Chavez appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Chavez's motion for appointment of counsel and affirm on the reasoning of the district court. See <u>Chavez v. Alderman</u>, No. CA-99-1550-AM (E.D. Va. filed Mar. 27, 2001; entered Apr. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2